UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**LEONARD C. ENGLAND,** a single man, d/b/a LEN ENGLAND ORCHARD,<br><br>and<br><br>**LEN ENGLAND ORCHARD, INC.,**<br><br>Debtors. | Jointly Administered<br>No.:  **21-00909-FPC11**<br>       21-00917-FPC11<br><br>Chapter **11**<br><br>**FINDINGS OF FACT** |

**THIS MATTER** coming before the Court upon the issues raised by Debtors' request for confirmation of Debtor's Joint Plan of Reorganization filed on October 28, 2021 [*ECF No. 100*], as amended and supplemented [*ECF No. 117*] ("Joint Plan"), and based upon the evidence produced, the Court now makes the following:

**FINDINGS OF FACT**

1. Debtors' Joint Plan was filed herein on October 28, 2021 and was submitted to creditors and other parties in interest, as was the amendment;

Findings of Fact-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

21-00909-FPC11   Doc 182   Filed 03/24/22   Entered 03/24/22 13:38:39   Pg 1 of 3

2. That the Joint Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law; and

3. That the provisions of Chapter 11 of the United States Code have been complied with and the Joint Plan has been proposed in good faith and not by any means forbidden by law; and

4. That (a) each holder of a claim or interest has accepted the Joint Plan or will receive or retain under the Joint Plan property of a value, as of the effective date of the Joint Plan, that is not less than the amount that such holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Code on such date, or (b) the Joint Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Joint Plan; and

5. All payments made or promised by the Debtors or by a person issuing securities or acquiring property under the Joint Plan or by any other person for services or for costs and expenses in, or in connection with, the Joint Plan and incident to the case, have been fully disclosed to the court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Joint Plan, will be subject to approval of the court; and

6. Confirmation of the Joint Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtors, or (b) if the Joint Plan is a plan of liquidation, the Joint Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period; and

7. That pursuant to the Joint Plan, the following acts or events constitute substantial consummation of the Joint Plan: sixty (60) days following Confirmation, provided that Debtors have paid all installments provided by this Joint Plan to be paid within that time.

Findings of Fact-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

21-00909-FPC11    Doc 182    Filed 03/24/22    Entered 03/24/22 13:38:39    Pg 2 of 3

8. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been resolved.

9. It is proper that Debtors' Joint Plan be confirmed, subject to the following:

   a. The provision of Joint Plan in Article X, page 15, lines 7 – 8, is amended to provide:

   > "Any delinquencies due Class 4 (Wells Fargo) shall be cured within six (6) months from Effective Date."

   is hereby removed.

   b. Notwithstanding any provision of the Joint Plan to the contrary the claim of Class 5 (Bank of America) shall be treated pursuant to "Claim Treatment Stipulation as to Bank of America, N.A.'s Claim Under Debtors' Joint Chapter 11 Plan" [*ECF No. 116*] ("Stipulation") and said Stipulation is incorporated into and is a part of Joint Plan.

   c. Notwithstanding any provision of the Joint Plan to the contrary, "Debtors' Amendment to Joint Plan of Reorganization [*ECF No. 167*] is hereby approved.

///END OF ORDER///

PRESENTED BY:
SOUTHWELL & O'ROURKE, P.S.

BY:/s/ Dan O'Rourke
    DAN O'ROURKE, WSBA #4911
    Attorney for Debtor Len England

APPROVED FOR ENTRY
NOTICE OF PRESENTATION WAIVED

ALDRIDGE PITE, LLP

BY:/s/ Jesse Baker
    JESSE BAKER, WSBA #36077
    Attorney for Creditor Bank of America

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

21-00909-FPC11   Doc 182   Filed 03/24/22   Entered 03/24/22 13:38:39   Pg 3 of 3